1  BENJAMIN J. WAGNER
   United States Attorney
2  BOBBIE J. MONTOYA
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814-2322
4  Telephone: (916) 554-2775

5  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PEREZ, ) | Case No. 2:09-CV-00628 GGH |
| ) | |
| Plaintiff, ) | STIPULATION TO EXTEND DEFENDANT'S |
| ) | TIME TO FILE ANSWER OR OTHERWISE |
| v. ) | RESPOND TO COMPLAINT; PROPOSED |
| ) | ORDER THEREON |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

The parties to the above captioned action hereby stipulate that Defendant Commissioner of Social Security shall have an extension of time until February 22, 2010 in which to file its answer or otherwise respond to Plaintiff's complaint.

IT IS SO STIPULATED.


DATED: January 7, 2010         /s/ Bess M. Brewer
                               BESS M. BREWER
                               Attorney for Plaintiff


DATED: January 7, 2010         BENJAMIN B. WAGNER
                               United States Attorney

                          By:  /s/ Bobbie J. Montoya
                               BOBBIE J. MONTOYA
                               Assistant U.S. Attorney
                               Attorneys for Defendant

Stipulation to Extend Defentant't Time to Respond to Complaint                    1

_____oOo_____

**ORDER**

Pursuant to the stipulation of the Parties, Defendant's time to file answer or otherwise respond to Plaintiff's complaint is hereby extended to February 22, 2010.

IT IS SO ORDERED.

DATED: January 12, 2010                    /s/ Gregory G. Hollows
                                           _____
                                           GREGORY G. HOLLOWS
                                           United States Magistrate Judge

perez.eot