```
BENJAMIN J. WAGNER
United States Attorney
BOBBIE J. MONTOYA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2775

Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA PEREZ,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No. 2:09-CV-00628 GGH<br><br>STIPULATION TO EXTEND DEFENDANT'S TIME TO FILE ANSWER OR OTHERWISE RESPOND TO COMPLAINT; PROPOSED ORDER THEREON |

　　　　On January 12, 2010, the Court granted an extension of time until February 22, 2010 for Defendant to file an answer to Plaintiff's complaint. A delay occurred and as a result the transcript has not yet been prepared.  Unfortunately, it now appears the correct social security number may not have been obtained and there may be a further delay in obtaining the correct information due to problems involving a language barrier and telephonic accessibility.  It is anticipated that the preparation of the transcript can be expedited to occur in less than 30 days from the date when the correct information is obtained.  The transcript will be filed as soon as the necessary copies of the transcript have been received by the U.S. Attorney's Office and the Social Security Administration's Office of General Counsel has provided authorization to file.  The parties therefore stipulate, with the Court's permission as indicated by its signature on the attached Order, that Defendant shall have a 40-day extension of time until April 27, 2010, and furthermore shall file at the earliest time in which the transcript and necessary permissions have been received from Social Security Administration by the U.S. Attorney's Office.

　　　　IT IS SO STIPULATED.

DATED: March 19, 2010                    /s/ Bess M. Brewer
                                         BESS M. BREWER
                                         Attorney for Plaintiff

DATED: March 19, 2010                    BENJAMIN B. WAGNER
                                         United States Attorney

                                    By:  /s/ Bobbie J. Montoya
                                         BOBBIE J. MONTOYA
                                         Assistant U.S. Attorney
                                         Attorneys for Defendant

                              ———oOo———

## ORDER

Pursuant to the stipulation of the Parties, Defendant's time to file its answer or otherwise respond to Plaintiff's complaint is hereby extended to April 27, 2010.

   IT IS SO ORDERED.


DATED: March 23, 2010                    /s/ Gregory G. Hollows
                                         GREGORY G. HOLLOWS
                                         United States Magistrate Judge

perez628.eot