1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 454-3111
4  Facsimile: (916) 454-3131

5  Attorneys for Plaintiff

6

7

8
                    **IN THE UNITED STATES DISTRICT COURT**
9
                     **EASTERN DISTRICT OF CALIFORNIA**
10

   **MARIA PEREZ**                  )        **Case No.  CIV-09-628 GGH**
11                                   )
                                     )
12                                   )
                                     )        **STIPULATION AND ORDER**
13          **Plaintiff,**           )        **EXTENDING PLAINTIFF'S TIME TO**
                                     )        **FILE MEMORANDUM IN SUPPORT**
14  **v.**                           )        **OF SUMMARY JUDGMENT**
                                     )
15  **MICHAEL J. ASTRUE**            )
    **Commissioner of Social Security** )
16  **of the United States of America,** )
                                     )
17          **Defendant.**           )
                                     )
18  _____ )

19          IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the

20  permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in

21  this case is hereby extended from May 17, 2010, to July 13, 2010.  This is plaintiff's first request for an

22  extension and it is required due to Plaintiff's counsel's impacted briefing schedule.

23

24

25  / / / /

26  / / / /

27  / / / /

28

                                            1

1    Dated: May 17, 2010                    */s/Bess M. Brewer*_____
                                            BESS M. BREWER
2                                           Attorney at Law

3                                           Attorney for Plaintiff

4

5
     Dated: May 17, 2010                    Benjamin B. Wagner
6
                                            United States Attorney
7
                                            */s/ Daniel Talbert*
8    _____       DANIEL TALBERT

9                                           Special Assistant U.S. Attorney
                                            Social Security Administration
10
                                            Attorney for Defendant
11

12                            **ORDER**

13   APPROVED AND SO ORDERED.  No further extensions.

14   DATED: May 21, 2010            /s/ Gregory G. Hollows

15                           _____
                                    GREGORY G. HOLLOWS
16                                  U.S. MAGISTRATE JUDGE

     perez.eot2
17

18

19

20

21

22

23

24

25

26

27

28

                                    2