IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIA PEREZ,

        Plaintiff,                          No. CIV S-09-0628 GGH

    vs.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendants.                 <u>ORDER TO SHOW CAUSE</u>

_____/

        Plaintiff filed her complaint on March 6, 2009; service was executed upon defendant on April 24, 2009.  On March 30, 2010, defendant filed with this court, and served upon plaintiff by mail, his answer and the administrative transcript.

        Pursuant to this court's Scheduling Order (and allowing three days for service by mail, Fed. R. Civ. P. 6(e)), plaintiff was required to file a motion for summary judgment and/or remand by May 17, 2010 (45 days after service of the answer and administrative transcript). Plaintiff was granted two extensions of time until July 13, 2010, to make this filing.  Plaintiff has done neither.

        ACCORDINGLY, plaintiff is ordered to show cause in writing within fourteen days of the filed date of this order why this case should not be dismissed for lack of prosecution.

1

1  Failure to timely file the required writing will result in a recommendation that either the case
2  be dismissed or other severe sanctions imposed.
3  DATED: August 18, 2010

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:035
perez.osc